### STATE OF CONNECTICUT *v.* MARCUS GREGORY

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 47 (AC 19726), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Norman A. Pattis,* in support of the petition.

*Carolyn K. Longstreth,* senior assistant state's attorney, in opposition.

Decided February 10, 2000

### CONNECTICUT BANK OF COMMERCE *v.* JULIE D. GIORDANO ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 20098) is denied.

NORCOTT and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Roger J. Frechette,* in support of the petition.

*Marjorie R. Gruszkiewicz,* in opposition.

Decided February 10, 2000